UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DENTON,<br><br>          Plaintiff,<br><br>     v.<br><br>JENSEN ENTERPRISES, INC.,<br><br>          Defendant. | No. 2:20–cv–1555–KJM–KJN<br><br>ORDER<br><br>(ECF No. 13) |

On February 12, 2021, the undersigned held an informal telephonic discovery conference with the parties. Attorney Jill Telfer appeared on behalf of plaintiff, and attorney Mana Ettefagh appeared for defendant. After discussion with the parties, the court now ORDERS that plaintiff's deposition(s) of defendant's witnesses shall proceed as normal. Counsel shall begin conferring and cooperating today on potential deposition dates, and these depositions may be scheduled anytime on or after March 1, 2021. This order resolves ECF No. 13.

Dated: February 12, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

jens.1555

1