JILL P. TELFER, State Bar No. 145450
LAW OFFICES OF JILL P. TELFER
A Professional Corporation
331 J Street, Suite 200
Sacramento, California 95814
Telephone:   (916) 446-1916
Facsimile:   (916) 446-1726
E-mail:      jtelfer@telferlaw.com

Attorneys for Plaintiff
**JAMES DENTON**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| JAMES DENTON, | Case No. 2:20-CV-01555-KJM-KJN |
|---|---|
| Plaintiff, | **PLAINTIFF'S NOTICE OF SETTLEMENT** |
| v. | **Trial Date: TBD** |
| JENSEN ENTERPRISES, INC., dba JENSEN PRECAST, and DOES 1 through 20, inclusive, | |
| Defendants. | |

**NOTICE TO THE COURT:**

The parties in this matter have entered into a settlement. Once all of the settlement terms have been met, the parties will file a Stipulation of Dismissal with the Court. Plaintiff anticipates the terms will be met on or before August 30, 2021. The parties respectfully request the Court to vacate the following deadlines agreed upon in the Pretrial Scheduling Order:

| Event | Deadline |
|---|---|
| Expert Disclosure | November 29, 2021 |
| Discovery Cutoff | January 17, 2022 |
| Law and Motion Cutoff | February 28, 2022 |
| Joint Notice of Trial Readiness | Within 30 days after receiving the Court's ruling on the last filed dispositive motion. |
| Pre-trial Conference | TBD |

1

PLAINTIFF'S NOTICE OF SETTLEMENT

| Trial | TBD |

Dated: July 12, 2021

LAW OFFICES OF JILL P. TELFER

/s/ *Jill P. Telfer*

JILL P. TELFER
Attorney for Plaintiff,
**JAMES DENTON**

## PROOF OF SERVICE

**CASE:** *Denton v. Jensen Enterprises, Inc. dba Jensen Precast*
**COURT:** United States District Court, Eastern District of California
**CASE LEAD NO.:** 2:20-CV-01555-KJM-KJN

I declare that I am a citizen of the United States, I am employed in the County of Sacramento, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 331 J Street, Suite 200, Sacramento, CA 95814.

I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, I served the following documents by:

### PLAINTIFF'S NOTICE OF SETTLEMENT

[ ]   Facsimile, and,

[X]   Electronic Service, and,

[X]   Placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail and addressed as indicated below. Said documents will be deposited with the U.S. Postal Service at Sacramento, California on this date in the ordinary course of business. I understand that upon motion of a party served service shall be assumed invalid if the postal cancellation date or postage meter date on the envelope is more than one (1) day after the date of deposit for mailing as contained in this declaration.

[ ]   Hand delivery.

Addressed as follows:

| | |
|---|---|
| **Marcus Lee, Esq.**<br>LEWIS BRISBOIS<br>333 Bush Street, Suite 1100<br>San Francisco, CA 94104<br>Telephone: (415) 438-5932<br>Facsimile: (415) 434-0882 | Attorneys for Defendant **JENSEN ENTERPRISES, INC. dba JENSEN PRECAST., and DOES 1 through 20, inclusive,** |

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 12, 2021 at Sacramento, California.

_____
Skylar Murphy