1  JILL P. TELFER, State Bar No. 145450
   LAW OFFICES OF JILL P. TELFER
2  A Professional Corporation
   331 J Street, Suite 200
3  Sacramento, California 95814
   Telephone:   (916) 446-1916
4  Facsimile:   (916) 446-1726
   E-mail:      jtelfer@telferlaw.com
5
   Attorneys for Plaintiff
6  **JAMES DENTON**

7  MARCUS LEE, State Bar No. 281886
   MANA ETTEFAGH, State Bar No. 304381
8  LEWIS BRISBOIS BISGAARD & SMITH LLP
   333 Bush Street, Suite 1100
9  San Francisco, CA 94104
   Telephone:   (415) 438-5932
10 Facsimile:   (415) 434-0882
   E-mail:      Marcus.Lee@lewisbrisbois.com
11              Mana.Ettefagh@lewisbrisbois.com

12 Attorneys for Defendant
   **JENSEN ENTERPRISES, INC.**

13
                   UNITED STATES DISTRICT COURT
14
                   EASTERN DISTRICT OF CALIFORNIA
15

16

17 | JAMES DENTON,                                | Case No. 2:20-CV-01555-KJM-KJN
   |                                              | **JOINT STIPULATION FOR DISMISSAL
18 |            Plaintiff,                        | OF ACTION WITH PREJUDICE**
   |
19 |     v.                                       |
   | JENSEN ENTERPRISES, INC., dba JENSEN         | Complaint Filed: August 3, 2020
20 | PRECAST, and DOES 1 through 20,              |
   | inclusive,                                   |
21 |                                              |
   |            Defendants.                       |
22

23

24

25       Plaintiff JAMES DENTON ("Plaintiff") and Defendant JENSEN ENTERPRISES

26 ("Defendant") (collectively the "Parties"), acting through counsel, and pursuant to Federal Rule of

27 Civil Procedure 41(a)(1)(A)(ii) hereby stipulate as follows:

28       WHEREAS, the Parties have informally resolved Plaintiff's claims; and

---

1

JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE

1  WHEREAS, Plaintiff desires to dismiss the action in its entirety and all claims against
2  Defendant with prejudice.
3  THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their
4  respective counsel of record, that this action shall be and hereby is dismissed with prejudice
5  pursuant to Fed. R. Civ. 41, with each party to bear his or their own attorneys' fees and costs
6  associated with the prosecution and defense of this action.

Dated: July 20th, 2021

LAW OFFICES OF JILL P. TELFER

_____
JILL P. TELFER
Attorney for Plaintiff,
**JAMES DENTON**

Dated: July 28, 2021

LEWIS BRISBOIS BISGAARD & SMITH LLP

_____
MARCUS LEE
MANA ETTEFAGH
Attorney for Defendant,
**JENSEN ENTERPRISES, INC.**

2
JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE

**PROOF OF SERVICE**

**CASE:** *Denton v. Jensen Enterprises, Inc. dba Jensen Precast*
**COURT:** **United States District Court, Eastern District of California**
**CASE LEAD NO.:** 2:20-CV-01555-KJM-KJN

I declare that I am a citizen of the United States, I am employed in the County of Sacramento, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 331 J Street, Suite 200, Sacramento, CA 95814.

I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, I served the following documents by:

**JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**

[X]   Electronic Service, and,

[X]   Placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail and addressed as indicated below. Said documents will be deposited with the U.S. Postal Service at Sacramento, California on this date in the ordinary course of business. I understand that upon motion of a party served service shall be assumed invalid if the postal cancellation date or postage meter date on the envelope is more than one (1) day after the date of deposit for mailing as contained in this declaration.

[ ]   Hand delivery.

Addressed as follows:

| | |
|---|---|
| Marcus Lee, Esq.<br>Mana Ettefagh, Esq.<br>LEWIS BRISBOIS<br>333 Bush Street, Suite 1100<br>San Francisco, CA 94104<br>Telephone: (415) 438-5932<br>Facsimile: (415) 434-0882<br>E-mail: Marcus.Lee@lewisbrisbois.com<br>       Mana.Ettefagh@lewisbrisbois.com | Attorneys for Defendant **JENSEN ENTERPRISES, INC. dba JENSEN PRECAST., and DOES 1 through 20, inclusive,** |

I declare under penalty of perjury that the foregoing is true and correct. Executed on **July 28, 2021**, at Sacramento, California.

Jason Chau